**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00283-CV**

———————————

**CARYN CRAIG, Appellant**

**V.**

**MARK DOWNS DE LANGE, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-27899**

---

## MEMORANDUM OPINION

The trial court signed the final judgment in this case on October 10, 2024. Appellant Caryn Craig appeals a February 4, 2026 order denying her motion for judgment nunc pro tunc and a March 9, 2026 order denying her motion to reconsider nunc pro tunc.

"The denial of a motion for a judgment nunc pro tunc is not an appealable order." *Amaechi v. Amaechi*, No. 14-23-00303-CV, 2024 WL 2075212, at *1 (Tex. App.—Houston [14th Dist.] May 9, 2024, no pet.) (mem. op.) (citing *Shadowbrook Apts. v. Abu-Ahmad*, 783 S.W.2d 210, 211 (Tex. 1990) (per curiam)). Moreover, a motion for judgment nunc pro tunc does not extend the deadline for filing a notice of appeal from a final judgment. *Id.* (citing *Lane Bank Equip. Co. v. Smith S. Equip., Inc.*, 10 S.W.3d 308, 310 (Tex. 2000)).

Accordingly, on July 9, 2026, we requested a written response from the parties explaining why we have jurisdiction over this appeal, to be filed within fourteen days of the request. We stated that after expiration of the fourteen-day period, "the appeal may be dismissed for want of jurisdiction without further notice." Neither party filed a response.

Because Appellant has attempted to appeal non-appealable orders, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.